# Statement of Legal Expenses of

# The Lazzaro Law Firm, LLC

# FILED UNDER SEAL